UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  'O'

| Case No. | CV 09-722-CAS(Ex) | Date | September 22, 2014 |
|---|---|---|---|
| Title | *CALIFORNIA PHARMACISTS ASSOCIATION; ET AL. v. DAVID MAXWELL-JOLLY* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. District Court Judge |
|---|---|

| Catherine Jeang | Laura Elias |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Lloyd Bookman | Susan Carson |

**Proceedings:** MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT (Filed August 19, 2014)[97]

Hearing held and counsel are present. The Court confers with counsel. The Court grants the above-referenced motion. The Court will issue the Proposed Order Granting Joint Motion for Approval of Settlement Agreement forthwith.

|  | 00 | : | 01 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |